IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSE L. PADILLA

    Plaintiff,

          v.

FIRST MAGNUS FINANCIAL CORPORATION, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, CAPITOL MORTGAGE CORPORATION, QUALITY LOAN SERVICES CORPORATION, SERVICELINK – IRVINE, AURORA LOAN SERVICES and DOES 1 though 100, inclusive,

    Defendants.
_____/

Case No. 10-01748-JAM-EFB

ORDER GRANTING DEFENDANTS' MOTION TO DISMISS

    This matter comes before the Court on Defendants', Aurora Loan Services LLC, Quality Loan Service Corporation, and Mortgage Electronic Registration Systems, Inc. collectively ("Defendants"), Motion to Dismiss (Doc. 6) Plaintiff Jose L. Padilla's ("Plaintiff") Complaint (Doc. 1-1), pursuant to

1

Federal Rule of Civil Procedure 12(b)(6). Plaintiff did not oppose the Motion to Dismiss.[1]

Plaintiff did not file an opposition or statement of non-opposition to Defendants' Motion to Dismiss. Local Rule 230(c) requires a party responding to a motion to file either an opposition to the motion or a statement of non-opposition, no less than fourteen (14) days preceding the noticed hearing date. Local Rule 110 authorizes the Court to impose sanctions for "failure of counsel or of a party to comply with these Rules." Therefore, the Court will sanction Plaintiff's counsel, Peter J. Cabbiness, $250.00 unless he shows good cause for his failure to comply with the Local Rules.

ORDER

After carefully considering the papers submitted in this matter, it is hereby ordered that Defendant's Motion to Dismiss is GRANTED, WITH PREJUDICE. It is further ordered that within ten (10) days of this Order Peter J. Cabbiness shall either (1) pay sanctions of $250.00 to the Clerk of the Court, or (2) submit a statement of good cause explaining his failure to comply with Local Rule 230(c).

IT IS SO ORDERED.

Dated: September 20, 2010

_____
JOHN A. MENDEZ,
UNITED STATES DISTRICT JUDGE

---

[1] This motion was determined to be suitable for decision without oral argument. E. D. Cal. L. R. 230(g).